IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD G. KAUFMAN, | § | |
| *Plaintiff,* | § | SA-21-CV-00589-ESC |
| vs. | § | |
| KILOLO KIJAKAZI, | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion for Remand [#14], by which Defendant asks the Court for an order remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff does not object to the requested remand.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion for Remand [#14] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner that Plaintiff is not disabled is hereby **VACATED**. The Court will enter a separate Final Judgment remanding this case for further administrative proceedings.

SIGNED this 16th day of February, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE