IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD G. KAUFMAN, | § | |
| *Plaintiff,* | § § § | SA-21-CV-00589-ESC |
| vs. | § § | |
| KILOLO KIJAKAZI, | § § | |
| *Defendant.* | § § | |

**FINAL JUDGMENT**

On this day, the Court vacated the Commissioner's decision finding Plaintiff not disabled.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 16th day of February, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE